# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GRISELDA NEGRETE VARGAS, | Case No. 2:19-cv-02135-KJD-DJA |
| Petitioner, | |
| v. | **ORDER** |
| CHAD WOLF, Acting Secretary of the U.S. Department of Homeland Security, et al., | |
| Respondents. | |

Petitioner Griselda Negrete Vargas has filed a Petition for Writ of Habeas Corpus (ECF No. 1) pursuant to 28 U.S.C. § 2241. Upon review of the docket, the Court finds that the exhibits submitted with the Petition violate the requirement set forth in the Local Rules of Practice that exhibits or attachments "be attached as separate files." LR IC 2-2(a)(3)(A); *see also* LR IA 10-3. Electronic filers are prohibited from combining a motion, memorandum of points and authorities, declaration, and/or exhibits into one Portable Document Format (PDF) document and then filing that single PDF as the "main document" in CM/ECF's document upload screen. *Id.* (exhibits "must not be filed as part of the base document in the electronic filing system"). Improperly filed documents makes it impossible for the Court to seal or unseal specific documents as needed because the docketing clerks cannot separate the pages for sealing purposes. *See* LR IA 10-5(b). Instead, the Local Rules require litigants to save *each* document or exhibit as a separate PDF document and then file each PDF in CM/ECF's document upload screen as "attachments" to a main document.

Counsel are responsible for informing themselves and instructing their staff regarding the correct electronic filing procedures.[1] Failure to follow the Local Rules of Practice and proper

---

[1] The parties are encouraged to contact the CM/ECF Helpdesk at (702) 464-5555 prior to filing should they have any technical questions. For additional direction, the parties may also refer to the updated procedures in *CM/ECF Version 4.0 Enhancements and Changes*, which is available on the court's website.

CM/ECF filing procedures will delay and complicate the Court's review of the docket. The Court may strike from the record any prospective filings that fail to comply with the Local Rules. *Ready Transp., Inc. v. AAR Mfg., Inc.*, 627 F.3d 402, 404 (9th Cir. 2010) (district courts have the inherent power to strike an improperly filed document) (quotation omitted).

**IT IS THEREFORE ORDERED** that Petitioner Griselda Negrete Vargas must REFILE the exhibits attached to the Petition (ECF No. 1) to comply with the Local Rules of Practice and the Court's CM/ECF filing procedures.

DATED this 16 day of December 2019.

KENT J. DAWSON
UNITED STATES DISTRICT JUDGE