NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

BRIANNA SMITH
Assistant United States Attorney
Nevada Bar No. 11795
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
brianna.smith@usdoj.gov

*Attorneys for Respondents Chad Wolf,
William P. Barr, and Laura McNeer*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Griselda Negrete Vargas,<br><br>    Petitioner,<br><br>vs.<br><br>Chad Wolf, Acting Secretary of the United States Department of Homeland Security; William P. Barrm Attorney General of the United States; Laura McNeer, Salt Lake City Field office Director, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; And Brian Koehn, Nevada Southern Detention Center Warden,<br><br>    Respondents. | Case No. 2:19-cv-02135-KJD-DJA<br><br>**Proposed Stipulation and Order to Extend Deadline for Respondents' Response to Amended Petition for Habeas Corpus (ECF No. 6)** |

Petitioner Griselda Negrete Vargas and Respondents, through counsel, hereby stipulate as follows:

1. Respondents' current deadline to respond to Petitioner's Petition for Habeas Corpus[1] is January 6, 2019;

---
[1] The Petition was amended at ECF No. 6.

2. Due to the holidays and the constitutional issues involved in the Petition, the parties have agreed to extend the deadline for Respondents to respond to the Amended Petition for Habeas Corpus (ECF No. 6) to January 10, 2020.

3. This stipulation is made in good faith and not for the purpose of delay.

Respectfully submitted this 6th day of January 2020.

| | |
|---|---|
| LAW OFFICE OF<br>SYLVIA L. ESPARZA | NICHOLAS A. TRUTANICH<br>United States Attorney |
| /s/ Sylvia L. Esparza<br>SYLVIA L. ESPARZA, Esq.<br>*Attorney for Petitioner* | /s/ Brianna Smith<br>BRIANNA SMITH<br>Assistant United States Attorney |

**IT IS SO ORDERED:**

**KENT J. DAWSON**
**UNITED STATES DISTRICT JUDGE**

**DATED:** January 8, 2020