# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

GRISELDA NEGRETE VARGAS,

Petitioner,

v.

CHAD WOLF, Acting Secretary of the U.S. Department of Homeland Security, *et al.*,

Respondents.

Case No. 2:19-cv-02135-KJD-DJA

**ORDER**

On April 6, 2020, Petitioner Griselda Negrete Vargas filed an Emergency Motion for Temporary Restraining Order ("TRO") (ECF No. 16) in support of her Amended Petition for Writ of Habeas Corpus (ECF No. 6) pursuant to 28 U.S.C. § 2241.

**IT IS THEREFORE ORDERED:**

1.  Respondents have until 12:00 P.M. on Friday, April 10, 2020, to respond to Petitioner's Emergency TRO Motion (ECF No. 16).

2.  Petitioner may file a reply on or before 12:00 P.M. on Monday, April 13, 2020.

DATED this 7th day of April 2020.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

1